UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ANTHONY RAMIREZ,<br><br>             Plaintiff,<br><br>     v.<br><br>H. WIN, et al.,<br><br>             Defendants. | No.  2:14-cv-1714 CKD P<br><br><br>ORDER |

Plaintiff has requested the appointment of counsel.  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's request for the appointment of counsel will therefore be denied.

/////

/////

/////

/////

1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the appointment of
2  counsel (ECF No. 3) is denied.
3  Dated: July 30, 2014

                                      _/s/ Carolyn K. Delaney_____
                                      CAROLYN K. DELANEY
                                      UNITED STATES MAGISTRATE JUDGE

1/md
rami1714.31