UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. RAMIREZ, | No. 2:14-cv-1714 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| H. WIN, et al.,, | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 13, 2015, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

1 | Accordingly, IT IS HEREBY ORDERED that:

2 | 1. The findings and recommendations filed March 13, 2015, are adopted in full; and

3 | 2. All defendants other than Defendants Win and Price are dismissed.

5 | IT IS SO ORDERED.

6 | Dated: July 14, 2015

Troy L. Nunley
United States District Judge