UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ANTHONY RAMIREZ, | No. 2:14-cv-1714 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| H. WINN, | |
| Defendants. | |

On July 24, 2015 defendants filed a motion to dismiss. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition to defendant's motion to dismiss or a statement of non-opposition. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: August 31, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
Rami1714.46